# United States District Court
# For The Western District of North Carolina
# Charlotte Division

STANLEY BENTON,

        Plaintiff(s),

vs.

FRANK D. WHITNEY, United States District Judge, PETER ADOLF, Federal Defender of Western North Carolina, COURTNEY ESCARAVAGE, Assistant United States Attorney,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

3:12-cv-178-RJC

ORDER

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 19, 2012 Order.

        Signed: September 20, 2012

        Frank G. Johns, Clerk
        United States District Court