# United States District Court
# For The Western District of North Carolina
# Charlotte Division

STANLEY BENTON,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                         3:12-cv-178-RJC

FRANK D. WHITNEY, United States District Judge, PETER ADOLF, ORDER Federal Defender of Western North Carolina, COURTNEY ESCARAVAGE, Assistant United States Attorney,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 19, 2012 Order.

                                        Signed: September 20, 2012

                                        Frank G. Johns, Clerk
                                        United States District Court